358 So.2d 1109 (1978)
Jose R. TORNA, Appellant,
v.
The STATE of Florida, Appellee.
No. 77-375.
District Court of Appeal of Florida, Third District.
April 25, 1978.
Rehearing Denied June 15, 1978.
Whitman, Wolfe & Gross and Donald F. Frost, Miami, for appellant.
*1110 Robert L. Shevin, Atty. Gen. and Jose R. Rodriguez and Steven R. Jacob, Asst. Attys. Gen., for appellee.
Before KEHOE, J., and BOYD, JOSEPH A., Jr., Associate Judge and CHARLES CARROLL (Ret.), Associate Judge.
PER CURIAM.
Affirmed. See, e.g., State ex rel. Butler v. Cullen, 253 So.2d 861 (Fla. 1971); Jester v. State, 339 So.2d 242 (Fla. 3d DCA 1976); Crawford v. State, 334 So.2d 141 (Fla. 3d DCA 1976); Wigfall v. State, 323 So.2d 587 (Fla. 3d DCA 1975); Rosenwasser v. Smith, 308 So.2d 600 (Fla. 3d DCA 1975); Section 933.09, Florida Statutes (1975); and Fla.R. Crim.P. 3.190.